IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS SANAI,<br><br>        Petitioner,<br><br>        v.<br><br>ALEX VILLANUEVA,<br><br>        Respondent. | Case No. CV 19-2231 RGK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: 8/5/2022

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE