JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CYRUS SANAI,

        Petitioner,

      v.

ALEX VILLANUEVA,

         Respondent.

Case No. CV 19-2231 RGK (MRW)

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 8/5/2022

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE